UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MOISES BAUTISTA,  ) No. CV 17-6004 RGK (FFM)
        Petitioner, )
   v. ) JUDGMENT
WARDEN RAYMOND MADDEN, )
        Respondent. )

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice as time-barred.

DATED: October 15, 2018

R. GARY KLAUSNER
United States District Judge